FALCON RIDGE DEVELOPMENT, LLC, a New Mexico limited liability company, Plaintiff–Appellant,

v.

The CITY OF RIO RANCHO, a municipal corporation; Dain Rauscher, a Minnesota corporation; George K. Baum and Company, a Missouri corporation, Defendants–Appellees.

No. 01–2127.

United States Court of Appeals, Tenth Circuit.

May 7, 2002.

Before HENRY and PORFILIO, Circuit Judges, and SAM, District Judge.*

ORDER AND JUDGMENT **

SAM, District Judge.

Plaintiff Falcon Ridge Development, LLC, appeals the judgment of the district court which granted the City of Rio Rancho's (the "City") partial motion to dismiss plaintiff's two claims for violation of substantive due process. The district court granted the City's partial motion to dismiss the two federal claims concluding that plaintiff did not have protected property or liberty interests. The district court declined to exercise supplemental jurisdiction over the remaining state law claims. We AFFIRM for substantially the reasons given by the district court.

* The Honorable David Sam, Senior Judge, United States District Court for the District of Utah, sitting by designation.
** This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgement may be cited under the terms and conditions of 10th Cir. R. 36.3.